963 A.2d 903

**AMERICA ONLINE, INC., Appellant**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the order of the Commonwealth Court is hereby **AFFIRMED.**